IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY D. STEVENS,<br>　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION <br><br> No. 09-cv-04445 |
| v. | : <br> : | |
| DALE A. MEISEL, Warden, et al.,<br>　　　Defendants. | : <br> : <br> : | |

## Order

**AND NOW** on this 10th day of May, 2010, upon consideration of the motions to dismiss of defendants (Docket Nos. 11 and 13) and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　s/ William H. Yohn Jr., Judge
　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge